**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| LIBERTY INSURANCE UNDERWRITERS, INC. | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO. 4:13-CV-03105 |
| | ) | |
| v. | ) | JUDGE:  LYNN N. HUGHES |
| | ) | |
| TEXAS BRINE COMPANY, LLC and OCCIDENTAL CHEMICAL CORPORATION | ) ) ) | |
| | ) | |
| Defendant. | ) | |

<u>**ORDER ON DEFENDANT OCCIDENTAL CHEMICAL CORPORATION'S MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION**</u>

On this the _____ day of _____, 20__, came on to be considered Defendant's Motion to Dismiss for Lack of Subject Matter Jurisdiction, and the Court, having reviewed the motion and the exhibits attached thereto, as well as Plaintiff's response, if any, finds that Defendant's Motion to Dismiss should be in all things granted.  It is, therefore,

ORDERED that this case be dismissed without prejudice.

SIGNED this _____ day of _____, 20__.


_____

Judge Lynn H. Hughes